## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MAUSS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NUVAVSIVE, INC.; ALEXIS V. LUKIANOV; KEVIN C. O'BOYLE; and MICHAEL J. LAMBERT,<br><br>Defendants. | CASE NO. 13-cv-2005 JM (JLB)<br><br>ORDER REGARDING FILING A FOURTH AMENDED COMPLAINT |

On January 9, 2015, Defendants filed a motion to dismiss Plaintiff's third amended complaint. (Doc. No. 40.)  On February 2, 2015, Plaintiff filed a motion for leave to file a fourth amended complaint. (Doc. No. 41.)  The next day, the court vacated the hearing on Defendant's motion, pending resolution of Plaintiff's motion. (Doc. No. 42.)

On February 17, 2015, the parties filed a joint motion to allow Plaintiff to file a fourth amended complaint. (Doc. No. 44.)  The parties ask the court to deem the proposed fourth amended complaint to have been filed as of February 2, 2015, and they request the following schedule:  Defendants must file a motion to dismiss the fourth amended complaint on or before March 2, 2015; Plaintiff must file a response on or before March 23, 2015; and Defendants must file a reply on or before March 30, 2015.

- 1 -

13cv2005

In light of the parties' stipulation, the motions regarding filing a fourth amended complaint (Doc. Nos. 41 & 44) are GRANTED.  Accordingly, the court orders as follows:

1.   The hearing on Plaintiff's motion for leave to amend, (Doc. No. 41), previously scheduled for March 16, 2015, is VACATED.

2.   For clarity on the docket, on or before February 23, 2015, Plaintiff shall file the proposed fourth amended complaint, (Doc. No. 41, Exh. A), that was previously submitted as an attachment to Plaintiff's motion as a fourth amended complaint.

3.   The Clerk of Court is instructed to accept the new filing as if it was filed on February 2, 2015.

4.   Defendants' motion to dismiss the third amended complaint, (Doc. No. 40), is DENIED because it is moot.

5.   The parties shall comply with the stipulated schedule, set forth above, for filing and briefing Defendants' anticipated motion to dismiss the fourth amended complaint.

6.   The motion to dismiss the fourth amended complaint will be heard on *Monday, April 13, 2015, at 10:00 a.m.*

IT IS SO ORDERED.

DATED:  February 18, 2015

_____
Hon. Jeffrey T. Miller
United States District Judge