# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MAUSS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVASIVE, INC.; ALEXIS V. LUKIANOV; and MICHAEL J. LAMBERT,<br><br>Defendants. | Case No.: 13cv2005 JM (JLB)<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

The court has read and considered the papers filed in support of Lead Plaintiff Brad Mauss and Plaintiff Daniel Popov's (collectively, "Plaintiffs") application to file certain documents in opposition to Defendants' motion for summary judgment and motion to exclude the testimony of Zachary Nye under seal. (Doc. No. 160.) The court finds that Plaintiffs have established a compelling reason for sealing the materials described in their motion, see Kamakana v. City & Cty. of Honolulu, 447 F.3d 1172, 1178–82 (9th Cir. 2006), and grants the application in full. The Clerk of Court is directed to file under seal the lodged proposed document currently listed as ECF entry number 164.

IT IS SO ORDERED.

DATED: October 13, 2017

JEFFREY T. MILLER
United States District Judge

1

13cv2005 JM (JLB)