UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MAUSS and DANIEL POPOV, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUVASIVE, INC.; ALEXIS V. LUKIANOV; and MICHAEL J. LAMBERT,<br><br>Defendants. | Case No.: 13cv2005 JM (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO ADJOURN CONFERENCE AND SETTING STATUS CONFERENCE** |

On March 6, 2018, the parties notified the court that they have entered into a memorandum of understanding to settle this action and moved the court to adjourn the conference scheduled for March 8, 2018. (Doc. No. 242.)

///
///
///

The court vacates the conference currently scheduled for March 8, 2018, and orders all counsel to appear at a status conference on **Monday, March 19, 2018 at 10:00 a.m.**, if a motion for preliminary approval of settlement (and form of notice) has not been filed by **Friday, March 16, 2018**.

IT IS SO ORDERED.

DATED: March 6, 2018

JEFFREY T. MILLER
United States District Judge