# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MAUSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NUVASIVE, INC., ALEXIS V. LUKIANOV, KEVIN C. O'BOYLE, and MICHAEL J. LAMBERT,<br><br>Defendants. | Case No.: 13cv2005 JM (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

The Court has read and considered the Joint Motion to Adjourn the Status Conference (Dkt. 244), and for good cause shown, IT IS HEREBY ORDERED:

The Status Conference previously scheduled for March 19, 2018 is continued to ***March 26, 2018 at 11:00 a.m.*** If a Motion for Preliminary Approval is filed by March 23, 2018, the Status Conference hearing date will be vacated. In the event the Motion for Preliminary Approval is not filed by March 23, 2018, all counsel shall appear, *in person*, for the March 26, 2018 Status Conference.

**IT IS SO ORDERED.**

DATED: March 19, 2018

JEFFREY T. MILLER
United States District Judge