Lionel Z. Glancy (#134180)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lglancy@glancylaw.com

(Additional Counsel on signature page)

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MAUSS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NUVASIVE, INC., ALEXIS V. LUKIANOV, KEVIN C. O'BOYLE and MICHAEL J. LAMBERT,<br><br>Defendants. | Civil No. 13-cv-2005-JM (JLB)<br><br>**DECLARATION OF MICHELE S. CARINO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**I, MICHELE S. CARINO, DECLARE:**

I am Of Counsel to the firm of Pomerantz LLP and Lead Counsel in the above-referenced action. I am admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York, and I have been admitted *pro hac vice* in this matter. I have personal knowledge of the matters stated herein and if called as a witness, could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement dated March 23, 2018 (the "Stipulation").

2. Attached hereto as Exhibit A to the Stipulation is the [Proposed] Preliminary Approval Order.

3. Attached hereto as Exhibit B to the Stipulation is the Notice of Proposed Class Action Settlement.

4. Attached hereto as Exhibit C to the Stipulation is the Summary Notice of Proposed Class Action Settlement.

5. Attached hereto as Exhibit D to the Stipulation is the Proof of Claim and Release Form.

6. Attached hereto as Exhibit E to the Stipulation is the [Proposed] Order and Final Judgment.

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct to the best of my

knowledge, information, and belief, and that I executed this declaration in New York, New York on March 23, 2018.

By: */s/ Michele S. Carino*
Michele S. Carino

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

     I hereby certify that on March 23, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                       */s/Michele S. Carino*
                       Michele S. Carino