# EXHIBIT C

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| BRAD MAUSS, Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>      v.<br><br>NUVASIVE, INC., ALEXIS V. LUKIANOV, KEVIN C. O'BOYLE and MICHAEL J. LAMBERT,<br><br>       Defendants. | Case No. 13-cv-2005-JM (JLB)<br><br>Hon. Jeffrey T. Miller |

## SUMMARY NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

To: **All Persons Who Purchased NuVasive, Inc. securities between October 22, 2008 and July 30, 2013, inclusive.**

  A hearing will be held on _____ at ____ _.m. before the Honorable Jeffrey T. Miller at the United States District Court for the Southern District of California, San Diego Courthouse, 221 West Broadway, Courtroom 5D, San Diego, California 92101, to determine: (1) whether the proposed Settlement for $7.9 million in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the settlement proceeds is fair and reasonable; (3) whether the application for an award of attorneys' fees of up to $2.37 million and reimbursement of expenses of not more than $900,000 and a payment of no more than $10,000 to each of the two Class Representatives for their reasonable costs and expenses should be approved; and (4) whether the Litigation should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement (the "Stipulation") filed with the Court.

  If you have not received the detailed Notice of Proposed Class Action Settlement (the "Notice") and Proof of Claim and Release Form, you may obtain them free of charge at www.NuvasiveClassAction.com or www.strategicclaims.net or by contacting the Settlement

Administrator at NuVasive Class Action, c/o Strategic Claims Services, 600 N. Jackson Street, Suite 205, Media, PA 19063.

If you purchased NuVasive Inc. ("NuVasive") securities between October 22, 2008 and July 30, 2013, inclusive, **your rights may be affected by this Settlement**. As further described in the Notice, **you will be bound by any Judgment entered in the Litigation**, whether or not you make a claim, unless you request exclusion from the Class, in the manner set forth in the Notice, no later than _____, 2018.

If you are a member of the Class and wish to share in the Settlement proceeds, you must submit a Proof of Claim and Release Form no later than _____, 2018 to the Claims Administrator establishing that you are entitled to recovery. Any objections to the Settlement, Plan of Allocation, or application for attorneys' fees and expenses must be made in writing and must be provided to the Court and parties, in the manner set forth in the Notice, no later than _____, 2018.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** Inquiries, other than requests for the Notice, may be made to Class Counsel at the address below.

> Jeremy A. Lieberman
> Michele S. Carino
> POMERANTZ LLP
> 600 Third Avenue, Floor 20
> New York, NY 10016
> Telephone: (212) 661-1100

Dated: _____, 2018

> _____
> BY ORDER OF THE COURT
> UNITED STATES DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA