UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MAUSS and DANIEL POPOV, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>NUVASIVE, INC.; ALEXIS V. LUKIANOV; and MICHAEL J. LAMBERT,<br><br>　　　　　　　　　　　　　Defendants. | Case No.: 13cv2005 JM (JLB)<br><br>**ORDER AMENDING CONDITIONAL PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT TO CHANGE SETTLEMENT HEARING DATE** |

　　　The court previously scheduled the final settlement and fairness hearing ("Settlement Hearing") on November 12, 2018, in its order granting conditional preliminary approval of class action settlement. (Doc. No. 250.) Because the court will be closed on November 12 for Veterans Day, the court hereby reschedules the Settlement Hearing for *Monday, November 19, at 10:00 a.m.* in Courtroom 5D.

　　　IT IS SO ORDERED.

DATED: June 25, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge