# Exhibit A



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

November 19, 2014

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #1 for fees and expenses incurred during the period October 1, 2014 through October 31, 2014 relative to the NuVasive case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice # 1
November 19, 2014

Pomerantz LLP
600 Third Avenue
 New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---:|
| Professional Fees | $300 |
| Expenses | $1,007 |
| Total Professional Fees and Expenses | $1,307 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒  **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES
### October 1, 2014  Thru  October 31, 2014

|  | Hours | Rate | Fees |
|---|---|---|---|
| Matthew L. Martin | 2.00 | $150 | $300 |
| Total |  |  | $300 |

## SUMMARY OF EXPENSES
### October 1, 2014  Thru  October 31, 2014

|  |  |
|---|---|
| Data | $1,007 |
| Total Expenses | $1,007 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### October 1, 2014  Thru  October 31, 2014

| Date | Hours | Description |
|------|-------|-------------|
| **Matthew L. Martin** | | |
| 16-Oct-14 | 1.00 | **REDACTED** |
| 20-Oct-14 | 1.00 | |
| **Total** | **2.00** | |
| **Period Total** | **2.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

December 16, 2014

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #2 for fees and expenses incurred during the period
November 1, 2014 through November 30, 2014 relative to the NuVasive case. If you have
any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice # 2
December 16, 2014

Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:   Jeremy A. Lieberman, Esq.

| | |
|---|---:|
| Professional Fees | $0 |
| Expenses | $997 |
| Total Professional Fees and Expenses | $997 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063
Federal Employer ID Number   ⇒   **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF EXPENSES

### November 1, 2014  Thru  November 30, 2014

| | |
|---|---|
| Data | $997 |
| Total Expenses | $997 |

STANFORD CONSULTING GROUP, INC.



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

February 22, 2016


Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY  10016-


Dear Jeremy:

Please find enclosed SCG invoice #3 for fees and expenses incurred during the period
December 1, 2014 through  January 31, 2016 relative to the NuVasive  case.  If you have
any questions or concerns, please give me a call.


Best Regards,


Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice # 3
February 22, 2016

Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---:|
| Professional Fees | $200 |
| Expenses | $48 |
| Total Professional Fees and Expenses | $248 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063
Federal Employer ID Number   ⇒   **REDACTED**

2

## STANFORD CONSULTING GROUP, INC.

### SUMMARY OF PROFESSIONAL FEES
#### December 1, 2014  Thru  January 31, 2016

|                    | Hours | Rate  | Fees  |
|--------------------|-------|-------|-------|
| Matthew L. Martin  | 1.00  | $200  | $200  |
| Total              |       |       | $200  |

### SUMMARY OF EXPENSES
#### December 1, 2014  Thru  January 31, 2016

|                        |       |
|------------------------|-------|
| Data                   | $45   |
| Copying, Printing, etc.| $4    |
| Total Expenses         | $48   |

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### December 1, 2014  Thru  January 31, 2016

| Date | Hours | Description |
|------|-------|-------------|
| **Matthew L. Martin** | | **REDACTED** |
| 18-Nov-15 | 1.00 | |
| **Total** | **1.00** | |
| **Period Total** | **1.00** | |

4



**SCG** | STANFORD
CONSULTING
GROUP, INC.

702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

August 26, 2016

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY 10016-



Dear Jeremy:

Please find enclosed SCG invoice #4 for fees and expenses incurred during the period
February 1, 2016 through July 31, 2016 relative to the NuVasive case.  If you have any
questions or concerns, please give me a call.

Best Regards,

*Faye Fort*

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #    4
August 26, 2016

Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $6,350 |
| Expenses | $1,624 |
| Total Professional Fees and Expenses | $7,974 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   **REDACTED**

2

## STANFORD CONSULTING GROUP, INC.

### SUMMARY OF PROFESSIONAL FEES
#### February 1, 2016  Thru  July 31, 2016

|                   | Hours | Rate  | Fees    |
|-------------------|-------|-------|---------|
| Faye Fort         | 2.00  | $425  | $850    |
| Ruth Anne Lambert | 14.00 | $250  | $3,500  |
| Zachary R. Nye    | 4.00  | $500  | $2,000  |
| Total             |       |       | $6,350  |

### SUMMARY OF EXPENSES
#### February 1, 2016  Thru  July 31, 2016

|                        |         |
|------------------------|---------|
| Data                   | $1,522  |
| Telephone              | $8      |
| Copying, Printing, etc.| $95     |
| Total Expenses         | $1,624  |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### February 1, 2016  Thru  July 31, 2016

| Date | Hours | Description |
|------|-------|-------------|
| **Faye Fort** | | |
| 22-Jul-16 | 2.00 | **REDACTED** |
| **Total** | **2.00** | |
| | | |
| **Ruth Anne Lambert** | | |
| 20-Jul-16 | 2.00 | |
| 21-Jul-16 | 7.00 | |
| 22-Jul-16 | 5.00 | |
| **Total** | **14.00** | |
| | | |
| **Zachary R. Nye** | | |
| 21-Jul-16 | 1.50 | |
| 22-Jul-16 | 1.50 | |
| 24-Jul-16 | 1.00 | |
| **Total** | **4.00** | |
| | | |
| **Period Total** | **20.00** | |

4



**SCG | STANFORD CONSULTING GROUP, INC.**

702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

October 26, 2016

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #5 for fees and expenses incurred during the period
August 1, 2016 through September 30, 2016 relative to the NuVasive case. If you have
any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #    5
October 26, 2016

Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $49,613 |
| Expenses | $2,444 |
| Total Professional Fees and Expenses | $52,056 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒  **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### August 1, 2016  Thru  September 30, 2016

|                      | Hours  | Rate   | Fees     |
|----------------------|--------|--------|----------|
| David Bentley        | 6.50   | $325   | $2,113   |
| Faye Fort            | 35.00  | $425   | $14,875  |
| Matthew L. Martin    | 55.50  | $250   | $13,875  |
| Ruth Anne Lambert    | 49.00  | $250   | $12,250  |
| Zachary R. Nye       | 13.00  | $500   | $6,500   |
| Total                |        |        | $49,613  |

## SUMMARY OF EXPENSES

### August 1, 2016  Thru  September 30, 2016

|                        |          |
|------------------------|----------|
| Data                   | $1,912   |
| Telephone              | $84      |
| Copying, Printing, etc.| $448     |
| Total Expenses         | $2,444   |

3

## STANFORD CONSULTING GROUP, INC.

### PROFESSIONAL FEE DETAIL

### August 1, 2016 Thru September 30, 2016

| Date | Hours | Description |
|------|-------|-------------|
| **David Bentley** | | **REDACTED** |
| 30-Sep-16 | 6.50 | |
| **Total** | **6.50** | |
| **Faye Fort** | | |
| 12-Sep-16 | 2.00 | |
| 13-Sep-16 | 7.00 | |
| 14-Sep-16 | 3.00 | |
| 15-Sep-16 | 2.00 | |
| 16-Sep-16 | 6.00 | |
| 19-Sep-16 | 6.00 | |
| 20-Sep-16 | 1.00 | |
| 21-Sep-16 | 1.00 | |
| 26-Sep-16 | 3.00 | |
| 27-Sep-16 | 2.00 | |
| 28-Sep-16 | 2.00 | |
| **Total** | **35.00** | |
| **Matthew L. Martin** | | |
| 12-Sep-16 | 6.50 | |
| 13-Sep-16 | 6.00 | |
| 14-Sep-16 | 7.00 | |
| 15-Sep-16 | 7.50 | |
| 16-Sep-16 | 5.00 | |
| 19-Sep-16 | 6.50 | |
| 20-Sep-16 | 3.00 | |
| 21-Sep-16 | 4.00 | |
| 22-Sep-16 | 4.00 | |
| 23-Sep-16 | 6.00 | |
| **Total** | **55.50** | |
| **Ruth Anne Lambert** | | |
| 12-Sep-16 | 4.00 | |
| 13-Sep-16 | 7.00 | |
| 14-Sep-16 | 7.00 | |
| 15-Sep-16 | 6.00 | |

4

## STANFORD CONSULTING GROUP, INC.

**REDACTED**

| | | |
|---|---|---|
| 16-Sep-16 | 7.00 | |
| 19-Sep-16 | 4.00 | |
| 20-Sep-16 | 4.00 | |
| 21-Sep-16 | 5.00 | |
| 23-Sep-16 | 5.00 | |
| **Total** | **49.00** | |

**Zachary R. Nye**

| | | |
|---|---|---|
| 15-Sep-16 | 3.00 | |
| 21-Sep-16 | 2.00 | |
| 22-Sep-16 | 2.00 | |
| 23-Sep-16 | 3.00 | |
| 27-Sep-16 | 3.00 | |
| **Total** | **13.00** | |

**Period Total**    **159.00**

5



STANFORD
CONSULTING
GROUP, INC.

702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

November 23, 2016

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY  10016-



Dear Jeremy:

Please find enclosed SCG invoice #6 for fees and expenses incurred during the period
October 1, 2016 through  October 31, 2016 relative to the NuVasive  case.  If you have any
questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #    6
November 23, 2016


Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:   Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $77,163 |
| Expenses | $6,427 |
| Total Professional Fees and Expenses | $83,589 |


PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063


Federal Employer ID Number   ⇒   **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES
### October 1, 2016  Thru  October 31, 2016

|  | Hours | Rate | Fees |
|---|---|---|---|
| David Bentley | 33.00 | $325 | $10,725 |
| Faye Fort | 67.50 | $425 | $28,688 |
| Matthew L. Martin | 59.00 | $250 | $14,750 |
| Ruth Anne Lambert | 4.00 | $250 | $1,000 |
| Zachary R. Nye | 44.00 | $500 | $22,000 |
| Total |  |  | $77,163 |

## SUMMARY OF EXPENSES
### October 1, 2016  Thru  October 31, 2016

| | |
|---|---|
| Data | $5,600 |
| Telephone | $173 |
| Copying, Printing, etc. | $653 |
| Total Expenses | $6,427 |

3

## STANFORD CONSULTING GROUP, INC.

### PROFESSIONAL FEE DETAIL

#### October 1, 2016  Thru  October 31, 2016

| Date | Hours | Description |
|---|---|---|
| **David Bentley** | | |
| 02-Oct-16 | 3.25 | **REDACTED** |
| 03-Oct-16 | 6.00 | |
| 16-Oct-16 | 3.25 | |
| 17-Oct-16 | 3.50 | |
| 18-Oct-16 | 5.00 | |
| 19-Oct-16 | 6.50 | |
| 20-Oct-16 | 5.50 | |
| **Total** | **33.00** | |
| **Faye Fort** | | |
| 13-Oct-16 | 1.00 | |
| 17-Oct-16 | 1.00 | |
| 19-Oct-16 | 7.00 | |
| 20-Oct-16 | 3.00 | |
| 21-Oct-16 | 8.00 | |
| 23-Oct-16 | 9.00 | |
| 24-Oct-16 | 10.50 | |
| 25-Oct-16 | 7.00 | |
| 26-Oct-16 | 6.00 | |
| 27-Oct-16 | 7.00 | |
| 28-Oct-16 | 8.00 | |
| **Total** | **67.50** | |
| **Matthew L. Martin** | | |
| 18-Oct-16 | 7.50 | |
| 19-Oct-16 | 4.50 | |
| 20-Oct-16 | 5.00 | |
| 21-Oct-16 | 4.50 | |
| 24-Oct-16 | 5.00 | |
| 25-Oct-16 | 6.50 | |
| 26-Oct-16 | 8.00 | |
| 27-Oct-16 | 10.00 | |
| 28-Oct-16 | 8.00 | |
| **Total** | **59.00** | |

4

# STANFORD CONSULTING GROUP, INC.

**Ruth Anne Lambert**

| | | |
|---|---|---|
| 19-Oct-16 | 2.00 | **REDACTED** |
| 24-Oct-16 | 2.00 | |
| **Total** | **4.00** | |

**Zachary R. Nye**

| | |
|---|---|
| 18-Oct-16 | 5.00 |
| 19-Oct-16 | 2.50 |
| 20-Oct-16 | 2.00 |
| 21-Oct-16 | 1.50 |
| 24-Oct-16 | 2.00 |
| 25-Oct-16 | 2.00 |
| 26-Oct-16 | 6.00 |
| 27-Oct-16 | 14.00 |
| 28-Oct-16 | 9.00 |
| **Total** | **44.00** |

| **Period Total** | **207.50** |
|---|---|

5



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

December 22, 2016

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #7 for fees and expenses incurred during the period
November 1, 2016 through November 30, 2016 relative to the NuVasive case. If you have
any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #     7
December 22, 2016

Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:   Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $8,075 |
| Expenses | $1,733 |
| Total Professional Fees and Expenses | $9,808 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### November 1, 2016 Thru November 30, 2016

| Date | Hours | Description |
|------|-------|-------------|
| **Faye Fort** | | |
| 21-Nov-16 | 4.00 | **REDACTED** |
| **Total** | **4.00** | |
| **Matthew L. Martin** | | |
| 21-Nov-16 | 3.50 | |
| **Total** | **3.50** | |
| **Ruth Anne Lambert** | | |
| 16-Nov-16 | 6.00 | |
| 17-Nov-16 | 7.00 | |
| 21-Nov-16 | 6.00 | |
| **Total** | **19.00** | |
| **Zachary R. Nye** | | |
| 20-Nov-16 | 0.50 | |
| 21-Nov-16 | 1.00 | |
| **Total** | **1.50** | |
| **Period Total** | **28.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

January 24, 2017

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY  10016-



Dear Jeremy:

Please find enclosed SCG invoice #8 for fees and expenses incurred during the period
December 1, 2016 through  December 31, 2016 relative to the NuVasive  case.  If you have
any questions or concerns, please give me a call.

Best Regards,

*Faye Fort*

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #     8
January 24, 2017

Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $23,750 |
| Expenses | $3,558 |
| Total Professional Fees and Expenses | $27,308 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

**REDACTED**
Federal Employer ID Number    ⇒

2

## STANFORD CONSULTING GROUP, INC.

### SUMMARY OF PROFESSIONAL FEES

#### December 1, 2016  Thru  December 31, 2016

|                 | Hours | Rate  | Fees     |
|-----------------|-------|-------|----------|
| Zachary R. Nye  | 47.50 | $500  | $23,750  |
| Total           |       |       | $23,750  |

### SUMMARY OF EXPENSES

#### December 1, 2016  Thru  December 31, 2016

| | |
|---|---|
| Airfare | $1,996 |
| Ground transport | $72 |
| Hotel | $617 |
| Data | $586 |
| Telephone | $33 |
| Copying, Printing, etc. | $254 |
| Total Expenses | $3,558 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### December 1, 2016  Thru  December 31, 2016

|  | Date | Hours | Description |
|---|---|---|---|
| **Zachary R. Nye** | | | |
| | 08-Dec-16 | 3.50 | **REDACTED** |
| | 09-Dec-16 | 2.00 | |
| | 12-Dec-16 | 2.00 | |
| | 13-Dec-16 | 3.00 | |
| | 14-Dec-16 | 4.00 | |
| | 15-Dec-16 | 6.00 | |
| | 16-Dec-16 | 6.00 | |
| | 17-Dec-16 | 1.50 | |
| | 18-Dec-16 | 4.00 | |
| | 19-Dec-16 | 8.00 | |
| | 20-Dec-16 | 5.00 | |
| | 21-Dec-16 | 1.50 | |
| | 22-Dec-16 | 1.00 | |
| | **Total** | **47.50** | |
| **Period Total** | | **47.50** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

June 27, 2017

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue
New York, NY  10016-

Dear Jeremy:

Please find enclosed SCG invoice #9 for fees and expenses incurred during the period January 1, 2017 through  May 31, 2017 relative to the NuVasive case.  If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort

NuVasive Case
Invoice # 9
June 27, 2017

Pomerantz LLP
600 Third Avenue
New York, NY 10016-

Attention:   Jeremy A. Lieberman, Esq.

| | |
|---|---:|
| Professional Fees | $500 |
| Expenses | $24 |
| Total Professional Fees and Expenses | $524 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA 94063
Federal Employer ID Number  ⇒ **REDACTED**

2

## SUMMARY OF PROFESSIONAL FEES

### January 1, 2017  Thru  May 31, 2017

|  | Hours | Rate | Fees |
|---|---|---|---|
| Faye Fort | 1.00 | $500 | $500 |
| Total |  |  | $500 |

## SUMMARY OF EXPENSES

### January 1, 2017  Thru  May 31, 2017

|  |  |
|---|---|
| Data | $14 |
| Copying, Telephony, Software, etc. (2% Fees) | $10 |
| Total Expenses | $24 |

3

## PROFESSIONAL FEE DETAIL

### January 1, 2017  Thru  May 31, 2017

| | Date | Hours | Description |
|---|---|---|---|
| **Faye Fort** | | | |
| | 09-May-17 | 1.00 | **REDACTED** |
| | **Total** | **1.00** | |
| **Period Total** | | **1.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

July 24, 2017

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #10 for fees and expenses incurred during the period June 1, 2017 through June 30, 2017 relative to the NuVasive case. If you have any questions or concerns, please give me a call.

Best Regards,

*Faye Fort*

Faye Fort

POSTED _____

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #     10
July 24, 2017

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:     Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $61,813 |
| Expenses | $2,598 |
| Total Professional Fees and Expenses | $64,410 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES

### June 1, 2017  Thru  June 30, 2017

|                      | Hours | Rate  | Fees      |
|----------------------|-------|-------|-----------|
| Faye Fort            | 48.50 | $500  | $24,250   |
| Matthew L. Martin    | 2.75  | $250  | $688      |
| Ruth Anne Lambert    | 11.00 | $325  | $3,575    |
| Zachary R. Nye       | 55.50 | $600  | $33,300   |
| Total                |       |       | $61,813   |

## SUMMARY OF EXPENSES

### June 1, 2017  Thru  June 30, 2017

|                                                 |          |
|-------------------------------------------------|----------|
| Data                                            | $1,362   |
| Copying, Telephony, Software, etc. (2% Fees)    | $1,236   |
| Total Expenses                                  | $2,598   |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### June 1, 2017  Thru  June 30, 2017

| Date | Hours | Description |
|---|---|---|
| **Faye Fort** | | |
| 05-Jun-17 | 5.00 | **REDACTED** |
| 06-Jun-17 | 6.00 | |
| 07-Jun-17 | 5.00 | |
| 08-Jun-17 | 2.00 | |
| 09-Jun-17 | 4.00 | |
| 14-Jun-17 | 2.50 | |
| 15-Jun-17 | 9.00 | |
| 16-Jun-17 | 7.00 | |
| 19-Jun-17 | 8.00 | |
| **Total** | **48.50** | |
| **Matthew L. Martin** | | |
| 07-Jun-17 | 2.00 | |
| 13-Jun-17 | 0.75 | |
| **Total** | **2.75** | |
| **Ruth Anne Lambert** | | |
| 13-Jun-17 | 3.00 | |
| 14-Jun-17 | 5.00 | |
| 19-Jun-17 | 2.00 | |
| 23-Jun-17 | 1.00 | |
| **Total** | **11.00** | |
| **Zachary R. Nye** | | |
| 05-Jun-17 | 3.00 | |
| 06-Jun-17 | 4.50 | |
| 07-Jun-17 | 3.00 | |
| 08-Jun-17 | 2.00 | |
| 09-Jun-17 | 2.00 | |
| 12-Jun-17 | 5.00 | |
| 13-Jun-17 | 3.00 | |
| 14-Jun-17 | 5.00 | |
| 15-Jun-17 | 6.00 | |
| 16-Jun-17 | 6.00 | |
| 19-Jun-17 | 2.00 | |

## STANFORD CONSULTING GROUP, INC.

| | | |
|---|---|---|
| 22-Jun-17 | 4.00 | **REDACTED** |
| 23-Jun-17 | 4.00 | |
| 26-Jun-17 | 6.00 | |
| **Total** | **55.50** | |
| **Period Total** | **117.75** | |



SCG | STANFORD CONSULTING GROUP, INC.

702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

August 23, 2017

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #11 for fees and expenses incurred during the period July 1, 2017 through July 31, 2017 relative to the NuVasive case. If you have any questions or concerns, please give me a call.

Best Regards,



Faye Fort

NuVasive Case
Invoice #  11
August 23, 2017

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:   Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $24,875 |
| Expenses | $1,863 |
| Total Professional Fees and Expenses | $26,738 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   **REDACTED**

2

# SUMMARY OF PROFESSIONAL FEES

## July 1, 2017  Thru  July 31, 2017

|  | Hours | Rate | Fees |
|---|---|---|---|
| Beth Charlesworth | 28.00 | $500 | $14,000 |
| Faye Fort | 12.50 | $500 | $6,250 |
| Matthew L. Martin | 0.50 | $250 | $125 |
| Zachary R. Nye | 7.50 | $600 | $4,500 |
| Total |  |  | $24,875 |

# SUMMARY OF EXPENSES

## July 1, 2017  Thru  July 31, 2017

| | |
|---|---|
| Data | $1,365 |
| Copying, Telephony, Software, etc. (2% Fees) | $498 |
| Total Expenses | $1,863 |

3

# PROFESSIONAL FEE DETAIL

## July 1, 2017  Thru  July 31, 2017

| Date | Hours | Description |
|------|-------|-------------|
| **Beth Charlesworth** | | |
| 25-Jul-17 | 1.00 | **REDACTED** |
| 26-Jul-17 | 4.50 | |
| 27-Jul-17 | 7.00 | |
| 28-Jul-17 | 7.50 | |
| 31-Jul-17 | 8.00 | |
| **Total** | **28.00** | |
| **Faye Fort** | | |
| 21-Jul-17 | 1.50 | |
| 25-Jul-17 | 3.00 | |
| 26-Jul-17 | 4.00 | |
| 28-Jul-17 | 4.00 | |
| **Total** | **12.50** | |
| **Matthew L. Martin** | | |
| 26-Jul-17 | 0.50 | |
| **Total** | **0.50** | |
| **Zachary R. Nye** | | |
| 14-Jul-17 | 1.00 | |
| 24-Jul-17 | 2.00 | |
| 25-Jul-17 | 1.00 | |
| 26-Jul-17 | 2.50 | |
| 27-Jul-17 | 1.00 | |
| **Total** | **7.50** | |
| **Period Total** | **48.50** | |

4



SCG | STANFORD CONSULTING GROUP, INC.

702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

September 19, 2017

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016-

Dear Jeremy:

Please find enclosed SCG invoice #12 for fees and expenses incurred during the period August 1, 2017 through August 31, 2017 relative to the NuVasive case. If you have any questions or concerns, please give me a call.

Best Regards,

Faye Fort



NuVasive Case
Invoice #  12
September 19, 2017

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $89,169 |
| Expenses | $5,188 |
| Total Professional Fees and Expenses | $94,357 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number   ⇒   **REDACTED**

2

# SUMMARY OF PROFESSIONAL FEES

## August 1, 2017 Thru August 31, 2017

|  | Hours | Rate | Fees |
|---|---|---|---|
| Beth Charlesworth | 18.50 | $500 | $9,250 |
| David Bentley | 8.75 | $325 | $2,844 |
| Faye Fort | 53.00 | $500 | $26,500 |
| Matthew L. Martin | 22.50 | $250 | $5,625 |
| Ruth Anne Lambert | 10.00 | $325 | $3,250 |
| Zachary R. Nye | 69.50 | $600 | $41,700 |
| Total | 182.25 |  | $89,169 |

# SUMMARY OF EXPENSES

## August 1, 2017 Thru August 31, 2017

| | |
|---|---|
| Data | $3,405 |
| Copying, Telephony, Software, etc. (2% Fees) | $1,784 |
| Total Expenses | $5,188 |

3

# PROFESSIONAL FEE DETAIL

## August 1, 2017  Thru  August 31, 2017

| Date | Hours | Description |
|------|-------|-------------|
| **Beth Charlesworth** | | |
| 01-Aug-17 | 8.00 | **REDACTED** |
| 02-Aug-17 | 7.00 | |
| 03-Aug-17 | 3.50 | |
| **Total** | **18.50** | |
| **David Bentley** | | |
| 02-Aug-17 | 2.50 | |
| 03-Aug-17 | 1.00 | |
| 04-Aug-17 | 2.75 | |
| 23-Aug-17 | 2.50 | |
| **Total** | **8.75** | |
| **Faye Fort** | | |
| 07-Aug-17 | 2.00 | |
| 08-Aug-17 | 5.00 | |
| 09-Aug-17 | 2.00 | |
| 10-Aug-17 | 7.00 | |
| 11-Aug-17 | 8.00 | |
| 14-Aug-17 | 8.00 | |
| 15-Aug-17 | 8.00 | |
| 16-Aug-17 | 7.00 | |
| 17-Aug-17 | 3.00 | |
| 24-Aug-17 | 2.00 | |
| 25-Aug-17 | 1.00 | |
| **Total** | **53.00** | |
| **Matthew L. Martin** | | |
| 02-Aug-17 | 2.50 | |
| 03-Aug-17 | 4.50 | |
| 04-Aug-17 | 6.00 | |
| 23-Aug-17 | 4.00 | |
| 24-Aug-17 | 4.50 | |
| 28-Aug-17 | 1.00 | |
| **Total** | **22.50** | |

4

**Ruth Anne Lambert**

|  |  |  |
|---|---|---|
| 03-Aug-17 | 5.00 | **REDACTED** |
| 04-Aug-17 | 4.00 | |
| 23-Aug-17 | 1.00 | |
| **Total** | **10.00** | |

**Zachary R. Nye**

|  |  |
|---|---|
| 01-Aug-17 | 1.50 |
| 02-Aug-17 | 6.50 |
| 03-Aug-17 | 7.00 |
| 04-Aug-17 | 4.00 |
| 07-Aug-17 | 1.00 |
| 08-Aug-17 | 3.00 |
| 09-Aug-17 | 2.00 |
| 10-Aug-17 | 2.00 |
| 11-Aug-17 | 1.00 |
| 14-Aug-17 | 2.00 |
| 16-Aug-17 | 4.00 |
| 17-Aug-17 | 6.00 |
| 18-Aug-17 | 1.00 |
| 21-Aug-17 | 6.00 |
| 22-Aug-17 | 3.00 |
| 23-Aug-17 | 2.00 |
| 24-Aug-17 | 5.00 |
| 25-Aug-17 | 6.00 |
| 28-Aug-17 | 6.50 |
| **Total** | **69.50** |

**Period Total**     **182.25**



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

October 25, 2017

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Dear Jeremy:

Please find enclosed SCG invoice #13 for fees and expenses incurred during the period
September 1, 2017 through  September 30, 2017 relative to the NuVasive  case.  If you have
any questions or concerns, please give me a call.

Best Regards,

Faye Fort

# STANFORD CONSULTING GROUP, INC.

NuVasive Case
Invoice #     13
October 25, 2017

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $4,950 |
| Expenses | $465 |
| Total Professional Fees and Expenses | $5,415 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063

Federal Employer ID Number  ⇒  **REDACTED**

2

# STANFORD CONSULTING GROUP, INC.

## SUMMARY OF PROFESSIONAL FEES
### September 1, 2017  Thru  September 30, 2017

|  | Hours | Rate | Fees |
|---|---|---|---|
| Matthew L. Martin | 3.00 | $250 | $750 |
| Zachary R. Nye | 7.00 | $600 | $4,200 |
| Total |  |  | $4,950 |

## SUMMARY OF EXPENSES
### September 1, 2017  Thru  September 30, 2017

|  |  |
|---|---|
| Data | $366 |
| Copying, Telephony, Software, etc. (2% Fees) | $99 |
| Total Expenses | $465 |

3

# STANFORD CONSULTING GROUP, INC.

## PROFESSIONAL FEE DETAIL

### September 1, 2017  Thru  September 30, 2017

| Date | Hours | Description |
|------|-------|-------------|
| **Matthew L. Martin** | | |
| 05-Sep-17 | 3.00 | **REDACTED** |
| **Total** | **3.00** | |
| **Zachary R. Nye** | | |
| 08-Sep-17 | 1.00 | |
| 11-Sep-17 | 4.00 | |
| 12-Sep-17 | 1.00 | |
| 18-Sep-17 | 1.00 | |
| **Total** | **7.00** | |
| **Period Total** | **10.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA 94063
650.298.0200
WWW.SCGINC.COM

March 23, 2018


Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-


Dear Jeremy:

Please find enclosed SCG invoice #14 for fees and expenses incurred during the period
October 1, 2017 through  February 28, 2018 relative to the NuVasive  case.  If you have any
questions or concerns, please give me a call.


Best Regards,


Faye Fort

3/26/18

NuVasive Case
Invoice # 14
March 23, 2018

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

| | |
|---|---|
| Professional Fees | $650 |
| Expenses | $58 |
| Total Professional Fees and Expenses | $708 |

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063
Federal Employer ID Number   ⇒   **REDACTED**

2

## SUMMARY OF PROFESSIONAL FEES

### October 1, 2017  Thru  February 28, 2018

|  | Hours | Rate | Fees |
|---|---|---|---|
| David Bentley | 2.00 | $325 | $650 |
| Total |  |  | $650 |

## SUMMARY OF EXPENSES

### October 1, 2017  Thru  February 28, 2018

| | |
|---|---|
| Data | $45 |
| Copying, Telephony, Software, etc. (2% Fees) | $13 |
| Total Expenses | $58 |

3

# PROFESSIONAL FEE DETAIL

## October 1, 2017  Thru  February 28, 2018

| Date | Hours | Description |
|------|-------|-------------|
| **David Bentley** | | |
| 26-Feb-18 | 2.00 | **REDACTED** |
| **Total** | **2.00** | |
| **Period Total** | **2.00** | |

4



702 MARSHALL STREET, SUITE 200
REDWOOD CITY, CA  94063
650.298.0200
WWW.SCGINC.COM

April 27, 2018

Jeremy A. Lieberman, Esq.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

m#3279-0001                    5/1/18

Dear Jeremy:

Please find enclosed SCG invoice #15 for fees and expenses incurred during the period
March 1, 2018 through  March 31, 2018 relative to the NuVasive  case.  If you have any
questions or concerns, please give me a call.

Best Regards,

Faye Fort

NuVasive Case
Invoice # 15
April 27, 2018

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY  10016-

Attention:    Jeremy A. Lieberman, Esq.

Professional Fees                                                          $5,938
Expenses                                                                      $399
Total Professional Fees and Expenses                         $6,336

PLEASE REMIT PAYABLE TO

Stanford Consulting Group, Inc.
702 Marshall Street, Suite 200
Redwood City, CA  94063
Federal Employer ID Number   ⇒   **REDACTED**

2

## SUMMARY OF PROFESSIONAL FEES
### March 1, 2018  Thru  March 31, 2018

|  | Hours | Rate | Fees |
|---|---|---|---|
| Faye Fort | 9.00 | $550 | $4,950 |
| Ruth Anne Lambert | 2.00 | $325 | $650 |
| Zachary R. Nye | 0.50 | $675 | $338 |
| Total |  |  | $5,938 |

## SUMMARY OF EXPENSES
### March 1, 2018  Thru  March 31, 2018

| | |
|---|---|
| Data | $280 |
| Copying, Telephony, Software, etc. (2% Fees) | $118 |
| Total Expenses | $399 |

3

# PROFESSIONAL FEE DETAIL

## March 1, 2018  Thru  March 31, 2018

| Date | Hours | Description |
|---|---|---|
| **Faye Fort** | | |
| 02-Mar-18 | 3.00 | **REDACTED** |
| 08-Mar-18 | 5.00 | |
| 20-Mar-18 | 1.00 | |
| **Total** | **9.00** | |
| **Ruth Anne Lambert** | | |
| 02-Mar-18 | 2.00 | |
| **Total** | **2.00** | |
| **Zachary R. Nye** | | |
| 20-Mar-18 | 0.50 | |
| **Total** | **0.50** | |
| **Period Total** | **11.50** | |

4